Argued and submitted January 29, convictions affirmed; remanded for resentencing
March 3, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## JESSE RAY BURNS, JR.,
*Appellant.*

(910432065; CA A71827)

847 P2d 415

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

John Payne, Certified Law Student, Salem, argued the cause for respondent. With him on the briefs were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

**PER CURIAM**

The state concedes that the trial court erred in imposing consecutive sentences on Counts 2 and 3 of the indictment without finding that it had authority to do so. *State v. Racicot,* 106 Or App 557, 809 P2d 726 (1991). We accept the concession.

Convictions affirmed; remanded for resentencing.